**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Kenyata Demoris ROBINSON, Jr., Defendant–Appellant.**

**No. 01–4146.**

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 31, 2001.

Decided Oct. 15, 2001.

Louis C. Allen, III, Federal Public Defender, John A. Dusenbury, Jr., Assistant Federal Public Defender, Greensboro, NC, for appellant.

Benjamin H. White, Jr., United States Attorney, Sandra J. Hairston, Assistant United States Attorney, Greensboro, NC, for appellee.

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Kenyata Demoris Robinson appeals from his two convictions for possession

with intent to distribute cocaine base "crack" and sentence of 211 months imprisonment. Robinson alleges that his jury instructions were erroneous in light of *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). For the reasons that follow, we affirm.

We first note that because Robinson was sentenced within the statutory maximum, his convictions are unaffected by the *Apprendi* opinion. *Apprendi,* 530 U.S. at 490, 120 S.Ct. 2348; *see United States v. Kinter,* 235 F.3d 192, 199–200 (4th Cir. 2000) (*Apprendi* does not apply to a judge's exercise of sentencing discretion within a statutory range so long as a defendant's sentence is not set beyond the maximum term specified in the substantive statute), *cert. denied,* —— U.S. ——, 121 S.Ct. 1393, 149 L.Ed.2d 316 (2001). Second, we find that the jury was properly charged to find drug amounts, in any event. *United States v. Richardson,* 233 F.3d 223, 231 (4th Cir.2000), *petition for cert. filed* (Mar. 19, 2001) (No. 00–9234). Accordingly, we affirm Robinson's convictions and sentence.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*